# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 23 2016

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRIAN DAVID RIOS-DIAZ (1), <br><br> Defendant. | CASE NO. 16CR1407-JLS <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

8 USC 1324(a)(2)(B)(ii); 18 USC 2 - Bringing in Aliens for Financial Gain. Aiding and Abetting.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 23, 2016

Karen S. Crawford
U.S. Magistrate Judge